IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ROBERT COOPER, :
    Plaintiff,
v. : Case No. 3:14-cv-113
COMMISSIONER OF SOCIAL : JUDGE WALTER H. RICE
SECURITY,
    Defendant. :

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #14);
SUSTAINING JOINT MOTION TO REMAND (DOC. #13); REMANDING
FOR FURTHER PROCEEDINGS; TERMINATION ENTRY

---

Based on the reasoning and citations of authority cited by United States Magistrate Judge Michael J. Newman, in his February 5, 2015, Report and Recommendations (Doc. #14), as well as on a thorough *de novo* review of this Court's file and the applicable law, the Court ADOPTS said judicial filing in its entirety, and SUSTAINS the Joint Motion for Remand (Doc. #13).

The Court notes that, although the parties were notified of their right to file Objections to the Report and Recommendations, and of the consequences of failing to do so, no Objections have been filed within the time allotted.

Pursuant to the Fourth Sentence of 42 U.S.C. § 405(g), the above-captioned case is REMANDED for further administrative proceedings.

The captioned case is hereby ordered TERMINATED upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: March 26, 2015                                              _____
                                                                                      WALTER H. RICE
                                                                                      UNITED STATES DISTRICT JUDGE